**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

B.J.B., : No. 114 MAL 2015
:
        Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
T.G. AND W.G., :
:
        Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.